**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Owen Continental, L.P.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1913210** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **357 Marshall Ave., Ste. 101**<br>**Saint Louis, MO 63119**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Louis City**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Owen Continental, L.P.**    Case number (*if known*) _____
　　　　Name

**7.   Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Owen Continental, L.P.**                                                    Case number (*if known*) _____
　　　　　　Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Owen Continental, L.P.**
          Name                                                    Case number (*if known*)

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Owen Continental, L.P.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 3, 2024**
           MM / DD / YYYY

**X** **/s/ Steve Trampe**                **Steve Trampe**
Signature of authorized representative of debtor      Printed name

Title    **Managing Partner**

---

**18. Signature of attorney**

**X** **/s/ Robert E. Eggmann**            Date   **May 3, 2024**
Signature of attorney for debtor                 MM / DD / YYYY

**Robert E. Eggmann 37374**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone   **314-854-8600**      Email address   **ree@carmodymacdonald.com**

**37374 MO**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Owen Continental, L.P.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2024**     X */s/ Steve Trampe*
                                    Signature of individual signing on behalf of debtor

                                      **Steve Trampe**
                                      Printed name

                                      **Managing Partner**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Owen Continental, L.P.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America 7676 Forsyth Blvd. Saint Louis, MO 63105** | | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** <br><br>T | | $1,000,000.00 | $8,730,000.00 | $1,000,000.00 |
| **Department of Housing and Urban Devel. 1222 Spruce St. Saint Louis, MO 63103** | | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** <br><br>T | | $4,371,471.00 | $8,730,000.00 | $1,922,148.98 |
| **Grand Center, Inc. 3526 Washington Ave. Saint Louis, MO 63103** | | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** <br><br>T | | $1,801,000.00 | $8,730,000.00 | $1,801,000.00 |

Debtor  **Owen Continental, L.P.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Missouri Development Finance Board 200 Madison St., #1000 Jefferson City, MO 65101** | | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.**<br><br>**T** | | **$2,500,000.00** | **$8,730,000.00** | **$2,500,000.00** |
| **St. Louis University 1 N. Grand Blvd. Saint Louis, MO 63103** | | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.**<br><br>**T** | | **$9,592,000.00** | **$8,730,000.00** | **$9,592,000.00** |

**Fill in this information to identify the case:**

Debtor name   **Owen Continental, L.P.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................................................    $     **8,730,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................    $     **494,444.81**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $     **9,224,444.81**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **25,545,148.98**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$     **0.00**

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b      | $     **25,545,148.98** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Owen Continental, L.P.**_____

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$600.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank** | **Commerical Operating Account** | **2658** | **$35,280.00** |
| 3.2. | **Royal Banks of Missouri** | **Residential Operating Account** | **5292** | **$69,705.00** |
| 3.3. | **Gershman Financial** | **Mortgage Escrow Account** | **7805** | **$39,018.62** |
| 3.4. | **Gershman Financial** | **Replacement Reserve Account** | **5545** | **$211,613.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$356,216.62** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

Debtor    **Owen Continental, L.P.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Tenant Security Deposit** _____    **$48,679.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.    **Misc. Prepaid Expenses** _____    **$88,441.19**

9.    **Total of Part 2.**                                              | **$137,120.19** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    _____ **1,108.00**  -  _____ **0.00**  = ....    **$1,108.00**
                                    face amount           doubtful or uncollectible accounts

12.    **Total of Part 3.**                                            | **$1,108.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor **Owen Continental, L.P.** _____    Case number *(If known)* _____
Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Minimal office furniture, lobby furniture. | $0.00 | | $0.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | Owen Continental, L.P. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** | | | |
| | **The Continental Life Building - 3615 Olive St., St. Louis, MO 63108** | $0.00 | Appraisal | $8,730,000.00 |
| 55.2. | **Parking Garage** | $0.00 | | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $8,730,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Owen Continental, L.P.**                                   Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $356,216.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $137,120.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,108.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $8,730,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $494,444.81 | + 91b. $8,730,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,224,444.81 |

**Fill in this information to identify the case:**

Debtor name **Owen Continental, L.P.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Bank of America**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** | $1,000,000.00 | $8,730,000.00 |
| | **7676 Forsyth Blvd. Saint Louis, MO 63105**<br>Creditor's mailing address | **The Continental Life Building - 3615 Olive St., St. Louis, MO 63108**<br>Describe the lien<br>**6th Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known<br>Date debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Gershman Investment Corp.<br>2. St. Louis University<br>3. Department of Housing and Urban Devel.<br>4. Missouri Development Finance Board<br>5. Bank of America<br>6. Grand Center, Inc.** | | | |
| **2.2** | **Department of Housing and Urban Devel.** | Describe debtor's property that is subject to a lien | $4,371,471.00 | $8,730,000.00 |

Debtor   **Owen Continental, L.P.** _____   Case number (if known) _____
        Name

---

Creditor's Name

**Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.**

**1222 Spruce St.
Saint Louis, MO 63103**

**The Continental Life Building - 3615 Olive St., St. Louis, MO 63108**

Creditor's mailing address

**Describe the lien**

**Second Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Gershman Investment Corp.** | Describe debtor's property that is subject to a lien | $6,280,677.98 | $8,730,000.00 |
|---|---|---|---|---|

Creditor's Name

**Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.**

**7 N. Bemiston
Saint Louis, MO 63105**

**The Continental Life Building - 3615 Olive St., St. Louis, MO 63108**

Creditor's mailing address

**Describe the lien**

**First Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Grand Center, Inc.** | Describe debtor's property that is subject to a lien | $1,801,000.00 | $8,730,000.00 |
|---|---|---|---|---|

---

Debtor    **Owen Continental, L.P.**                                    Case number (if known) _____
                    Name

| | |
|---|---|
| Creditor's Name | **Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** |
| **3526 Washington Ave.**<br>**Saint Louis, MO 63103** | **The Continental Life Building - 3615 Olive St., St. Louis, MO 63108** |
| Creditor's mailing address | **Describe the lien**<br>**5th Mortgage** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.5 | **Missouri Development Finance Board**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.** | $2,500,000.00    $8,730,000.00 |
| | **200 Madison St., #1000**<br>**Jefferson City, MO 65101**<br>Creditor's mailing address | **The Continental Life Building - 3615 Olive St., St. Louis, MO 63108**<br>**Describe the lien**<br>**Fourth Deed of Trust** | |
| | | **Is the creditor an insider or related party?** | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.6 | **St. Louis University** | **Describe debtor's property that is subject to a lien** | $9,592,000.00    $8,730,000.00 |

Debtor    **Owen Continental, L.P.**
          _____
          Name

Case number _(if known)_ _____

Creditor's Name
_____

**Multifamily property containing 107 dwelling units plus a first floor commercial/office space. The site area is 0.35 acres or 15,250 square feet.**

**1 N. Grand Blvd.
Saint Louis, MO 63103**
_____
Creditor's mailing address

**The Continental Life Building - 3615 Olive St., St. Louis, MO 63108**

Describe the lien
**Third Deed of Trust**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$25,545,148.98** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Owen Continental, L.P.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

  1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

  2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
      with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **Notice Only** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address <br> **Missouri Department of Revenue** <br> **Attn: Bankruptcy Unit** <br> **P.O. Box 475** <br> **Jefferson City, MO 65105** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **Notice Only** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

  3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

                                                   **Amount of claim**

Debtor __**Owen Continental, L.P.**_____     Case number (if known) _____
Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 790098**
**Saint Louis, MO 63179-0098**

Date(s) debt was incurred _

Last 4 digits of account number __2028__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility - Electric__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 790098**
**Saint Louis, MO 63179-0098**

Date(s) debt was incurred _

Last 4 digits of account number __5017__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility - Electric__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 790098**
**Saint Louis, MO 63179-0098**

Date(s) debt was incurred _

Last 4 digits of account number __6019__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility - Electric__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 790098**
**Saint Louis, MO 63179-0098**

Date(s) debt was incurred _

Last 4 digits of account number __1033__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility - Electric__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 790098**
**Saint Louis, MO 63179-0098**

Date(s) debt was incurred _

Last 4 digits of account number __6063__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility - Electric__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Burglary & Fire, Inc.**
**507 Rudder Road**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charter Communications**
**12405 Powerscourt Dr.**
**Saint Louis, MO 63131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Owen Continental, L.P.**                                      Case number *(if known)* _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Granger Industrial Supply**
**2227 Clark Ave.**
**Saint Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gray Painting Inc.**
**8510 Page Boulevard**
**Saint Louis, MO 63114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory F.X. Daly**
**P.O. Box 66787**
**Saint Louis, MO 63166-6787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility - Water__

Last 4 digits of account number  __0790__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HD Supply Facilities Maintenance, Ltd.**
**13345 Lakefront Dr.**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leisure Creations**
**67 Ash Ave.**
**Russellville, AL 35653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metropolitan Sewer District**
**P.O. Box 437**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility - Sewer__

Last 4 digits of account number  __0400__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Murphy Mechanical Service, Inc.**
**1233 N. Price Rd.**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Owen Continental, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sansone Group, LLC**<br>**120 S. Central Ave., Ste. 500**<br>**Saint Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Management** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sansone Group, LLC**<br>**120 S. Central Ave., Ste. 500**<br>**Saint Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **ICB/Payroll** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sherwin-Williams Co**<br>**1608 S. Broadway**<br>**Saint Louis, MO 63104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Spectrum**<br>**4145 S. Faulkenburg Rd.**<br>**Riverview, FL 33578-8652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Utility - Phone/Internet** | |
| Last 4 digits of account number  **3932** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Spire**<br>**Drawer 2**<br>**Saint Louis, MO 63171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Utility - Gas** | |
| Last 4 digits of account number  **1000** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Terminix Processing Center**<br>**2310 Millpark Dr.**<br>**Maryland Heights, MO 63043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Utility - Trash** | |
| Last 4 digits of account number  **3007** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Owen Continental, L.P.**
_____
Name

Case number (if known) _____

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name      **Owen Continental, L.P.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease ends 7/31/24** | **Abdur Shaik** |
| List the contract number of any government contract _____ | **3615 Olive St., Unit 1305 Saint Louis, MO 63108** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease Ends 1/15/25** | **Abhishek Velusamy** |
| List the contract number of any government contract _____ | **3615 Olive St., Unit 301 Saint Louis, MO 63108** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease Ends 6/22/2024** | **Alexandria Blanks** |
| List the contract number of any government contract _____ | **3615 Olive St., Unit 205 Saint Louis, MO 63108** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease Ends 1/31/25** | **Alicia Gilliam** |
| List the contract number of any government contract _____ | **3615 Olive St., Unit 508 Saint Louis, MO 63108** |

Debtor 1  **Owen Continental, L.P.**                                      Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **Amrita Upadhyay** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 410** |
| | | | **Saint Louis, MO 63108** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **Amy Martinez** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 603** |
| | | | **Saint Louis, MO 63108** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **Anay Bhale** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 602** |
| | | | **Saint Louis, MO 63108** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/30/24** | **Anu Rijal** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1003** |
| | | | **Saint Louis, MO 63108** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 7/31/24** | **Apekshya Gnawali** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 306** |
| | | | **Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                          Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Augustine Heithaus** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1602**<br>**Saint Louis, MO 63108** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 11/30/24** | **Bernard Graham** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1201**<br>**Saint Louis, MO 63108** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Bohan Zhang** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1604**<br>**Saint Louis, MO 63108** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 7/31/24** | **Caesar Plaszewski** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 511**<br>**Saint Louis, MO 63108** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 8/31/24** | **Chaitanya Gudipati** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 503**<br>**Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease Ends 1/18/25** | **Chardai Okain** |
| List the contract number of any government contract | **3615 Olive St., Unit 502** **Saint Louis, MO 63108** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease ends 6/30/24** | **Claire Swiatek** |
| List the contract number of any government contract | **3615 Olive St., Unit 1601** **Saint Louis, MO 63108** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease ends 7/31/24** | **Claudia Parvis** |
| List the contract number of any government contract | **3615 Olive St., Unit 1701** **Saint Louis, MO 63108** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease ends 8/31/24** | **Damian Smith** |
| List the contract number of any government contract | **3615 Olive St., Unit 904** **Saint Louis, MO 63108** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest **Apartment Lease** | |
| State the term remaining **Lease Ends 4/30/24** | **David Eshbaugh** |
| List the contract number of any government contract | **3615 Olive St., Unit 701** **Saint Louis, MO 63108** |

Debtor 1    **Owen Continental, L.P.**           Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 12/31/24** | **David Ray** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 309**<br>**Saint Louis, MO 63108** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 7/31/24** | **Dominic BenBen** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 605**<br>**Saint Louis, MO 63108** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Douglas Kenner** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 2102**<br>**Saint Louis, MO 63108** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 5/31/24** | **Dreyfuss Page** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1001**<br>**Saint Louis, MO 63108** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **Erin Arent** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 505**<br>**Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**

First Name            Middle Name            Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **George Moore**<br>**3615 Olive St., Unit 409**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 9/30/24** | **Grace Kuhlmann**<br>**3615 Olive St., Unit 1004**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Garage Lease** | |
|---|---|---|---|
| | State the term remaining | **55 year prepaid lease.** | **Grand Center, Inc.**<br>**3526 Washington Ave.**<br>**Saint Louis, MO 63103** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 3/31/24** | **Hairan Zuchelli**<br>**3615 Olive St., Unit 601**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Hunter King**<br>**3615 Olive Blvd., Unit 1902**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

Debtor 1   **Owen Continental, L.P.**                                     Case number (*if known*) _____
   First Name        Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/31/24** | **Ignacio Aranguren Villarreal** |
| List the contract number of any government contract | **3615 Olive St., Unit 310** **Saint Louis, MO 63108** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **Jack Anderson** |
| List the contract number of any government contract | **3615 Olive St., Unit 1802** **Saint Louis, MO 63108** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **Jack Lester** |
| List the contract number of any government contract | **3615 Olive St., Unit 1404** **Saint Louis, MO 63108** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 5/31/24** | **Jada Bownes** |
| List the contract number of any government contract | **3615 Olive St., Unit 204** **Saint Louis, MO 63108** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **James Tillman** |
| List the contract number of any government contract | **3615 Olive St., Unit 1202** **Saint Louis, MO 63108** |

Debtor 1 **Owen Continental, L.P.**                                         Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease Ends 7/31/24** |
| List the contract number of any government contract | **Jarek Templeton**<br>**3615 Olive St., Unit 406**<br>**Saint Louis, MO 63108** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 6/30/24** |
| List the contract number of any government contract | **Jennifer Hassler**<br>**3615 Olive St., Unit 1402**<br>**Saint Louis, MO 63108** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 11/6/24** |
| List the contract number of any government contract | **Jerry Lauber**<br>**3615 Olive St., Unit 1603**<br>**Saint Louis, MO 63108** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease Ends 8/31/24** |
| List the contract number of any government contract | **Jessica Wemli**<br>**3615 Olive St., Unit 509**<br>**Saint Louis, MO 63108** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 11/30/24** |
| List the contract number of any government contract | **John Fernandez**<br>**3615 Olive St., Unit 1104**<br>**Saint Louis, MO 63108** |

Debtor 1    **Owen Continental, L.P.**

First Name            Middle Name            Last Name                          Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/31/24** | **John Gresham** |
| List the contract number of any government contract | **3615 Olive St., Unit 401** |
| | **Saint Louis, MO 63108** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **John Walsh** |
| List the contract number of any government contract | **3615 Olive St., Unit 2001** |
| | **Saint Louis, MO 63108** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **Jongchan Park** |
| List the contract number of any government contract | **3615 Olive St., Unit 1301** |
| | **Saint Louis, MO 63108** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 6/30/24** | **Joseph Rinella** |
| List the contract number of any government contract | **3615 Olive St., Unit 1605** |
| | **Saint Louis, MO 63108** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/31/24** | **Joseph Roberts** |
| List the contract number of any government contract | **3615 Olive St., Unit 513** |
| | **Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**         Case number (*if known*) _____

First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/25** | **Joshua Gould** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 2200**<br>**Saint Louis, MO 63108** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Julia Petti** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1205**<br>**Saint Louis, MO 63108** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/23** | **Karlos Culberson** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 506**<br>**Saint Louis, MO 63108** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 3/31/24** | **Katy Mendoza** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 402**<br>**Saint Louis, MO 63108** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 8/4/24** | **Keith Cross** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1102**<br>**Saint Louis, MO 63108** |

Debtor 1  **Owen Continental, L.P.**                                      Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 10/31/24** | **Kevin Villanueva** |
| List the contract number of any government contract | **3615 Olive St., Unit 1401**<br>**Saint Louis, MO 63108** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 8/31/24** | **Kieran Farnan** |
| List the contract number of any government contract | **3615 Olive St., Unit 1801**<br>**Saint Louis, MO 63108** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/31/24** | **Kyle Engstler** |
| List the contract number of any government contract | **3615 Olive St., Unit 201**<br>**Saint Louis, MO 63108** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 6/30/24** | **Lauren Brownrigg** |
| List the contract number of any government contract | **3615 Olive St., Unit 1502**<br>**Saint Louis, MO 63108** |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 9/30/15** | **Loren Lenzen** |
| List the contract number of any government contract | **3615 Olive St., Unit 903**<br>**Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                    Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 6/30/24** | **Lucas Diehl**<br>**3615 Olive St., Unit 2101**<br>**Saint Louis, MO 63108** |
| List the contract number of any government contract | |
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 12/31/24** | **Lydia Stiles**<br>**3615 Olive St., Unit 304**<br>**Saint Louis, MO 63108** |
| List the contract number of any government contract | |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 12/31/24** | **Mahesh Kothakonda**<br>**3615 Olive St., Unit 705**<br>**Saint Louis, MO 63108** |
| List the contract number of any government contract | |
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 7/31/24** | **Mark O'Neil-Johnson**<br>**3615 Olive St., Unit 1503**<br>**Saint Louis, MO 63108** |
| List the contract number of any government contract | |
| **2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 10/31/24** | **Matthew Galler**<br>**3615 Olive St., Unit 604**<br>**Saint Louis, MO 63108** |
| List the contract number of any government contract | |

Debtor 1   **Owen Continental, L.P.**                                                                    Case number (*if known*) _____
    First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **McKenna Walsh** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1203** **Saint Louis, MO 63108** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 11/30/24** | **Meghana Kondapally** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1405** **Saint Louis, MO 63108** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 4/30/24** | **Melvin Brown** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 905** **Saint Louis, MO 63108** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/30/24** | **Mike Lemp** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1702** **Saint Louis, MO 63108** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 9/30/24** | **Mitchell Fairless** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1103** **Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                     Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/24/24** | **Monica Lewis**<br>**3615 Olive St., Unit 803**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 12/31/24** | **Nick Lueking**<br>**3615 Olive St., Unit 802**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 4/30/24** | **Nithin Nagaveti**<br>**3615 Olive St., Unit 702**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 3/31/24** | **Olivia Atkinson**<br>**3615 Olive St., Unit 203**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Patrick Hinkle**<br>**3615 Olive St., Unit 2002**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

Debtor 1  **Owen Continental, L.P.**                                                    Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Lease Ends 3/5/24**

List the contract number of any government contract

**Phelim McCabe**
**3615 Olive St., Unit 311**
**Saint Louis, MO 63108**

---

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Lease Ends 7/31/24**

List the contract number of any government contract

**Phillip Galler**
**3615 Olive St., Unit 405**
**Saint Louis, MO 63108**

---

**2.72.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Lease Ends 7/31/24**

List the contract number of any government contract

**Po Sen Huang**
**3615 Olive St., Unit 504**
**Saint Louis, MO 63108**

---

**2.73.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Lease ends 6/30/24**

List the contract number of any government contract

**Quinn Prosser**
**3615 Olive St., Unit 1901**
**Saint Louis, MO 63108**

---

**2.74.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Lease ends 7/31/24**

List the contract number of any government contract

**Raj Kilari**
**3615 Olive St., Unit 804**
**Saint Louis, MO 63108**

---

Debtor 1 **Owen Continental, L.P.**                                                    Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 12/31/24** | **Raju Arishela** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 514** **Saint Louis, MO 63108** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/30/24** | **Regan Davis** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 901** **Saint Louis, MO 63108** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 4/30/24** | **Ricardo Selva** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 1403** **Saint Louis, MO 63108** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 7/31/24** | **Ryan Meyer** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 512** **Saint Louis, MO 63108** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | **Ryan Smith** |
| | List the contract number of any government contract | | **3615 Olive St., Unit 305** **Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                    Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/30/24** | **Saleetha O'Conners Barbee**<br>**3615 Olive St., Unit 1303**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract for Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sansone Group, LLC**<br>**120 S. Central Ave., Ste. 500**<br>**Saint Louis, MO 63105** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 7/31/24** | **Sara Noteboom**<br>**3615 Olive St., Unit 1005**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 5/31/24** | **Savanah Warners**<br>**3615 Olive St., Unit 1501**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 7/31/24** | **Sean Fleming**<br>**3615 Olive St., Unit 507**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

Debtor 1   **Owen Continental, L.P.**                                    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 12/31/24** |
| List the contract number of any government contract | **Sharan Ayiluri**<br>**3615 Olive St., Unit 1505**<br>**Saint Louis, MO 63108** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease Ends 9/30/24** |
| List the contract number of any government contract | **Shayla Ellis**<br>**3615 Olive St., Unit 411**<br>**Saint Louis, MO 63108** |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 7/31/23** |
| List the contract number of any government contract | **Spencer Theis**<br>**3615 Olive St., Unit 801**<br>**Saint Louis, MO 63108** |
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 8/31/24** |
| List the contract number of any government contract | **Sravani Melike**<br>**3615 Olive St., Unit 805**<br>**Saint Louis, MO 63108** |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Lease ends 12/31/24** |
| List the contract number of any government contract | **Sri Thatikonda**<br>**3615 Olive St., Unit 1105**<br>**Saint Louis, MO 63108** |

Debtor 1   **Owen Continental, L.P.**                                        Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 12/31/24** | **Sridurga Kakinada** |
| List the contract number of any government contract | **3615 Olive St., Unit 1204** |
| | **Saint Louis, MO 63108** |
| **2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/20/24** | **Tanner Coleman** |
| List the contract number of any government contract | **3615 Olive St., Unit 704** |
| | **Saint Louis, MO 63108** |
| **2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 8/31/24** | **Tarun Guntaka** |
| List the contract number of any government contract | **3615 Olive St., Unit 1002** |
| | **Saint Louis, MO 63108** |
| **2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease ends 6/30/24** | **Ting-Chun Liu** |
| List the contract number of any government contract | **3615 Olive St., Unit 1101** |
| | **Saint Louis, MO 63108** |
| **2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Lease Ends 7/31/24** | **Tinghao Zhang** |
| List the contract number of any government contract | **3615 Olive St., Unit 408** |
| | **Saint Louis, MO 63108** |

Debtor 1  **Owen Continental, L.P.**                                    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 1/31/25** | **Tracey Johnston**<br>**3615 Olive St., Unit 510**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 6/30/24** | **Trinity Tankersley**<br>**3615 Olive St., Unit 1302**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **2 year term to cover the period of 5/26/23 to 5/25/25.** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **US Department of Veterans Affairs**<br>**Women's & Dermatology VA Clinic**<br>**3615 Olive St.**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | **VA255-R-0677** | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 5/31/24** | **Vassiliki Karamouzi**<br>**3615 Olive St., Unit 404**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 8/31/24** | **Vyshnavi Shivanathuni**<br>**3615 Olive St., Unit 308**<br>**Saint Louis, MO 63108** |
| | List the contract number of any government contract | | |

Debtor 1    **Owen Continental, L.P.**    Case number (*if known*) _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

State the term remaining — **Lease ends 10/31/24**

List the contract number of any government contract

Xavier Turner
3615 Olive St., Unit 1504
Saint Louis, MO 63108

---

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

State the term remaining — **Lease Ends 7/31/24**

List the contract number of any government contract

Xiafeng Mao
3615 Olive St., Unit 403
Saint Louis, MO 63108

---

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

State the term remaining — **Lease Ends 7/31/24**

List the contract number of any government contract

Yichen Liu
3615 Olive St., Unit 703
Saint Louis, MO 63108

---

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

State the term remaining — **Lease Ends 7/31/24**

List the contract number of any government contract

Yili Chen
3615 Olive St., Unit 303
Saint Louis, MO 63108

---

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

**Apartment Lease**

State the term remaining — **Lease Ends 8/31/24**

List the contract number of any government contract

Yingda Dong
3615 Olive St., Unit 302
Saint Louis, MO 63108

---

Debtor 1    **Owen Continental, L.P.**

First Name                Middle Name                Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease ends 12/31/24** | |
| | List the contract number of any government contract | _____ | **Yu Feng** <br> **3615 Olive St., Unit 902** <br> **Saint Louis, MO 63108** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 8/31/24** | |
| | List the contract number of any government contract | _____ | **Yu Yang** <br> **3615 Olive St., Unit 407** <br> **Saint Louis, MO 63108** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease Ends 6/30/24** | |
| | List the contract number of any government contract | _____ | **Zachary Frederick** <br> **3615 Olive St., Unit 307** <br> **Saint Louis, MO 63108** |

**Fill in this information to identify the case:**

Debtor name     **Owen Continental, L.P.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MISSOURI

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Owen Continental, L.P.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$356,282.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,069,681.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,976,982.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor   __Owen Continental, L.P._____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Gershman Investment Corp** <br> **7800 Forsyth Blvd., #700** <br> **Saint Louis, MO 63105** | **1/8/24;** <br> **2/8/24; 3/7/24** | **$181,495.11** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **Sansone Group LLC** <br> **120 S. Central Ave., #500** <br> **Saint Louis, MO 63105** | **1/9/24;** <br> **1/25/24;** <br> **2/8/24;** <br> **2/28/24;** <br> **3/8/24;** <br> **3/26/24** | **$74,528.46** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.3. **Ameren Missouri** <br> **P.O. Box 88068** <br> **Chicago, IL 60680-1068** | **1/10/24;** <br> **2/2/24;** <br> **2/8/24;** <br> **3/12/24.** <br> **3/27/24** | **$30,284.84** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__**Utility**__ |
| 3.4. **Spire Energy** <br> **Drawer 2** <br> **Saint Louis, MO 63171** | **2/2/24;** <br> **2/21/24;** <br> **3/27/24** | **$13,742.61** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__**Utility**__ |
| 3.5. **Metropolitan St. Louis Sewer District** <br> **P.O. Box 437** <br> **Saint Louis, MO 63166-0437** | **2/2/24 and** <br> **3/1/24** | **$8,761.08** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__**Utility**__ |
| 3.6. **Maddox & Associates** <br> **5627 Bankers Ave., Bldg. 2** <br> **Baton Rouge, LA 70808** | **3/26/24** | **$12,433.40** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.7. **HD Supply Facilities Maint** <br> **PO Box 509058** <br> **San Diego, CA 92150** | **1/9/24;** <br> **1/25/24;** <br> **2/8/24;** <br> **3/8/24;** <br> **3/26/24** | **$24,783.39** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.8. **Murphy Mechanical Services** <br> **P.O. Box 790379** <br> **Saint Louis, MO 63179** | **3/29/24** | **$39,767.91** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

Debtor    **Owen Continental, L.P.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. **Leisure Creations**<br>P.O. Box 88<br>Russellville, AL 35653 | 3/8/24 | $10,423.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Gray Painting**<br>8510 Page Ave.<br>Saint Louis, MO 63114 | 1/9/24;<br>1/25/24;<br>2/8/24;<br>3/29/24 | $10,797.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Murphy Company** | 1/3/24;<br>1/17/24;<br>1/31/24;<br>2/14/24;<br>2/29/24;<br>3/13/24;<br>3/27/24 | $33,175.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Owen Financial Services, Inc.** | 1/1/24;<br>2/1/24; 3/1/24 | $11,651.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **4M Building Solutions, Inc.** | 1/3/24;<br>1/17/24;<br>1/31/24;<br>2/14/24;<br>2/29/24;<br>3/13/24 | $16,884.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Owen Continental, L.P.**                                    Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor   **Owen Continental, L.P.**                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carmody MacDonald P.C. 120 S. Central Ave., Suite 1800 Saint Louis, MO 63105** | **Attorney Fees** | **2/16/24** | **$30,000.00** |
| | Email or website address **ree@carmodymacdonald.com** | | | |
| | Who made the payment, if not debtor? **Owen Financial Services, Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **Owen Continental, L.P.**                                     Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Owen Continental, L.P.**                                   Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Maddux & Associates, APC
5267 Bankers Ave., Building 2
Baton Rouge, LA 70808** | **2021-present** |
| 26a.2.   **Sansone Group, LLC
120 S. Central Ave., Ste. 500
Saint Louis, MO 63105** | **1/1/15 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Debtor    **Owen Continental, L.P.**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Maddox & Associates, APC**<br>**Bryan Beale, CPA**<br>**5627 Bankers Avenue, Building 2**<br>**Baton Rouge, LA 70808** | **2021-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Maddux & Associates, APC**<br>**5267 Bankers Avenue, Building 2**<br>**Baton Rouge, LA 70808** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Department of Housing and Urban Devel.**<br>**1222 Spruce St.**<br>**Saint Louis, MO 63103** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Owen Continental General Partnership** | **357 Marshall Ave., Ste. 101**<br>**Saint Louis, MO 63119** | | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Owen Continental Development, L.L.C.** | **357 Marshall Ave., Ste. 101**<br>**Saint Louis, MO 63119** | | **99%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Owen Continental, L.P.**                                    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Owen Financial Services, Inc.**<br>**357 Marshall Ave., Ste. 101**<br>**Saint Louis, MO 63119** | $11,651.34 | 1/1/24; 2/1/24;<br>3/1/24 | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2024**

**/s/ Steve Trampe**                                         **Steve Trampe**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Managing Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re **Owen Continental, L.P.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                              $            **0.00**

    Prior to the filing of this statement I have received                     $            **0.00**

    Balance Due                                                               $            **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**May  3, 2024**<br>*Date*            **/s/ Robert E. Eggmann**<br>            **Robert E. Eggmann 37374**<br>            *Signature of Attorney*<br>            **Carmody MacDonald P.C.**<br>            **120 S. Central Ave., Suite 1800**<br>            **Saint Louis, MO 63105**<br>            **314-854-8600  Fax: 314-854-8660**<br>            **ree@carmodymacdonald.com**<br>            *Name of law firm* |

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Owen Continental, L.P.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  3, 2024**

Signature   **/s/ Steve Trampe**

**Steve Trampe**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re __Owen Continental, L.P._____     Case No. _____

Debtor(s)          Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __10__ page(s) and is true, correct and complete.


__/s/ Steve Trampe_____
**Steve Trampe**/Managing Partner
Signer/Title


Dated: __May 3, 2024_____


L.F. 2 - 2/2021

Abdur Shaik
3615 Olive St., Unit 1305
Saint Louis, MO 63108

Abhishek Velusamy
3615 Olive St., Unit 301
Saint Louis, MO 63108

Alexandria Blanks
3615 Olive St., Unit 205
Saint Louis, MO 63108

Alicia Gilliam
3615 Olive St., Unit 508
Saint Louis, MO 63108

Ameren Missouri
P.O. Box 790098
Saint Louis, MO 63179-0098

American Burglary & Fire, Inc.
507 Rudder Road
Fenton, MO 63026

Amrita Upadhyay
3615 Olive St., Unit 410
Saint Louis, MO 63108

Amy Martinez
3615 Olive St., Unit 603
Saint Louis, MO 63108

Anay Bhale
3615 Olive St., Unit 602
Saint Louis, MO 63108

Anu Rijal
3615 Olive St., Unit 1003
Saint Louis, MO 63108

Apekshya Gnawali
3615 Olive St., Unit 306
Saint Louis, MO 63108

Augustine Heithaus
3615 Olive St., Unit 1602
Saint Louis, MO 63108

Bank of America
7676 Forsyth Blvd.
Saint Louis, MO 63105

Bernard Graham
3615 Olive St., Unit 1201
Saint Louis, MO 63108

Bohan Zhang
3615 Olive St., Unit 1604
Saint Louis, MO 63108

Caesar Plaszewski
3615 Olive St., Unit 511
Saint Louis, MO 63108

Chaitanya Gudipati
3615 Olive St., Unit 503
Saint Louis, MO 63108

Chardai Okain
3615 Olive St., Unit 502
Saint Louis, MO 63108

Charter Communications
12405 Powerscourt Dr.
Saint Louis, MO 63131

Claire Swiatek
3615 Olive St., Unit 1601
Saint Louis, MO 63108

Claudia Parvis
3615 Olive St., Unit 1701
Saint Louis, MO 63108

Damian Smith
3615 Olive St., Unit 904
Saint Louis, MO 63108

David Eshbaugh
3615 Olive St., Unit 701
Saint Louis, MO 63108

David Ray
3615 Olive St., Unit 309
Saint Louis, MO 63108

Department of Housing and Urban Devel.
1222 Spruce St.
Saint Louis, MO 63103

Dominic BenBen
3615 Olive St., Unit 605
Saint Louis, MO 63108

Douglas Kenner
3615 Olive St., Unit 2102
Saint Louis, MO 63108

Dreyfuss Page
3615 Olive St., Unit 1001
Saint Louis, MO 63108

Erin Arent
3615 Olive St., Unit 505
Saint Louis, MO 63108

George Moore
3615 Olive St., Unit 409
Saint Louis, MO 63108

Gershman Investment Corp.
7 N. Bemiston
Saint Louis, MO 63105

Grace Kuhlmann
3615 Olive St., Unit 1004
Saint Louis, MO 63108

Grand Center, Inc.
3526 Washington Ave.
Saint Louis, MO 63103

Granger Industrial Supply
2227 Clark Ave.
Saint Louis, MO 63103

Gray Painting Inc.
8510 Page Boulevard
Saint Louis, MO 63114

Gregory F.X. Daly
P.O. Box 66787
Saint Louis, MO 63166-6787

Hairan Zuchelli
3615 Olive St., Unit 601
Saint Louis, MO 63108

HD Supply Facilities Maintenance, Ltd.
13345 Lakefront Dr.
Earth City, MO 63045

Hunter King
3615 Olive Blvd., Unit 1902
Saint Louis, MO 63108

Ignacio Aranguren Villarreal
3615 Olive St., Unit 310
Saint Louis, MO 63108

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Jack Anderson
3615 Olive St., Unit 1802
Saint Louis, MO 63108

Jack Lester
3615 Olive St., Unit 1404
Saint Louis, MO 63108

Jada Bownes
3615 Olive St., Unit 204
Saint Louis, MO 63108

James Tillman
3615 Olive St., Unit 1202
Saint Louis, MO 63108

Jarek Templeton
3615 Olive St., Unit 406
Saint Louis, MO 63108

Jennifer Hassler
3615 Olive St., Unit 1402
Saint Louis, MO 63108

Jerry Lauber
3615 Olive St., Unit 1603
Saint Louis, MO 63108

Jessica Wemli
3615 Olive St., Unit 509
Saint Louis, MO 63108

John Fernandez
3615 Olive St., Unit 1104
Saint Louis, MO 63108

John Gresham
3615 Olive St., Unit 401
Saint Louis, MO 63108

John Walsh
3615 Olive St., Unit 2001
Saint Louis, MO 63108

Jongchan Park
3615 Olive St., Unit 1301
Saint Louis, MO 63108

Joseph Rinella
3615 Olive St., Unit 1605
Saint Louis, MO 63108

Joseph Roberts
3615 Olive St., Unit 513
Saint Louis, MO 63108
```

```
Joshua Gould
3615 Olive St., Unit 2200
Saint Louis, MO 63108

Julia Petti
3615 Olive St., Unit 1205
Saint Louis, MO 63108

Karlos Culberson
3615 Olive St., Unit 506
Saint Louis, MO 63108

Katy Mendoza
3615 Olive St., Unit 402
Saint Louis, MO 63108

Keith Cross
3615 Olive St., Unit 1102
Saint Louis, MO 63108

Kevin Villanueva
3615 Olive St., Unit 1401
Saint Louis, MO 63108

Kieran Farnan
3615 Olive St., Unit 1801
Saint Louis, MO 63108

Kyle Engstler
3615 Olive St., Unit 201
Saint Louis, MO 63108

Lauren Brownrigg
3615 Olive St., Unit 1502
Saint Louis, MO 63108

Leisure Creations
67 Ash Ave.
Russellville, AL 35653

Loren Lenzen
3615 Olive St., Unit 903
Saint Louis, MO 63108

Lucas Diehl
3615 Olive St., Unit 2101
Saint Louis, MO 63108

Lydia Stiles
3615 Olive St., Unit 304
Saint Louis, MO 63108

Mahesh Kothakonda
3615 Olive St., Unit 705
Saint Louis, MO 63108
```

Mark O'Neil-Johnson
3615 Olive St., Unit 1503
Saint Louis, MO 63108

Matthew Galler
3615 Olive St., Unit 604
Saint Louis, MO 63108

McKenna Walsh
3615 Olive St., Unit 1203
Saint Louis, MO 63108

Meghana Kondapally
3615 Olive St., Unit 1405
Saint Louis, MO 63108

Melvin Brown
3615 Olive St., Unit 905
Saint Louis, MO 63108

Metropolitan Sewer District
P.O. Box 437
Saint Louis, MO 63166

Mike Lemp
3615 Olive St., Unit 1702
Saint Louis, MO 63108

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

Missouri Development Finance Board
200 Madison St., #1000
Jefferson City, MO 65101

Mitchell Fairless
3615 Olive St., Unit 1103
Saint Louis, MO 63108

Monica Lewis
3615 Olive St., Unit 803
Saint Louis, MO 63108

Murphy Mechanical Service, Inc.
1233 N. Price Rd.
Saint Louis, MO 63132

Nick Lueking
3615 Olive St., Unit 802
Saint Louis, MO 63108

Nithin Nagaveti
3615 Olive St., Unit 702
Saint Louis, MO 63108

Olivia Atkinson
3615 Olive St., Unit 203
Saint Louis, MO 63108

Patrick Hinkle
3615 Olive St., Unit 2002
Saint Louis, MO 63108

Phelim McCabe
3615 Olive St., Unit 311
Saint Louis, MO 63108

Phillip Galler
3615 Olive St., Unit 405
Saint Louis, MO 63108

Po Sen Huang
3615 Olive St., Unit 504
Saint Louis, MO 63108

Quinn Prosser
3615 Olive St., Unit 1901
Saint Louis, MO 63108

Raj Kilari
3615 Olive St., Unit 804
Saint Louis, MO 63108

Raju Arishela
3615 Olive St., Unit 514
Saint Louis, MO 63108

Regan Davis
3615 Olive St., Unit 901
Saint Louis, MO 63108

Ricardo Selva
3615 Olive St., Unit 1403
Saint Louis, MO 63108

Ryan Meyer
3615 Olive St., Unit 512
Saint Louis, MO 63108

Ryan Smith
3615 Olive St., Unit 305
Saint Louis, MO 63108

Saleetha O'Conners Barbee
3615 Olive St., Unit 1303
Saint Louis, MO 63108

Sansone Group, LLC
120 S. Central Ave., Ste. 500
Saint Louis, MO 63105

Sara Noteboom
3615 Olive St., Unit 1005
Saint Louis, MO 63108

Savanah Warners
3615 Olive St., Unit 1501
Saint Louis, MO 63108

Sean Fleming
3615 Olive St., Unit 507
Saint Louis, MO 63108

Sharan Ayiluri
3615 Olive St., Unit 1505
Saint Louis, MO 63108

Shayla Ellis
3615 Olive St., Unit 411
Saint Louis, MO 63108

Sherwin-Williams Co
1608 S. Broadway
Saint Louis, MO 63104

Spectrum
4145 S. Faulkenburg Rd.
Riverview, FL 33578-8652

Spencer Theis
3615 Olive St., Unit 801
Saint Louis, MO 63108

Spire
Drawer 2
Saint Louis, MO 63171

Sravani Melike
3615 Olive St., Unit 805
Saint Louis, MO 63108

Sri Thatikonda
3615 Olive St., Unit 1105
Saint Louis, MO 63108

Sridurga Kakinada
3615 Olive St., Unit 1204
Saint Louis, MO 63108

St. Louis University
1 N. Grand Blvd.
Saint Louis, MO 63103

Tanner Coleman
3615 Olive St., Unit 704
Saint Louis, MO 63108

Tarun Guntaka
3615 Olive St., Unit 1002
Saint Louis, MO 63108

Terminix Processing Center
2310 Millpark Dr.
Maryland Heights, MO 63043

Ting-Chun Liu
3615 Olive St., Unit 1101
Saint Louis, MO 63108

Tinghao Zhang
3615 Olive St., Unit 408
Saint Louis, MO 63108

Tracey Johnston
3615 Olive St., Unit 510
Saint Louis, MO 63108

Trinity Tankersley
3615 Olive St., Unit 1302
Saint Louis, MO 63108

US Department of Veterans Affairs
Women's & Dermatology VA Clinic
3615 Olive St.
Saint Louis, MO 63108

Vassiliki Karamouzi
3615 Olive St., Unit 404
Saint Louis, MO 63108

Vyshnavi Shivanathuni
3615 Olive St., Unit 308
Saint Louis, MO 63108

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Xavier Turner
3615 Olive St., Unit 1504
Saint Louis, MO 63108

Xiafeng Mao
3615 Olive St., Unit 403
Saint Louis, MO 63108

Yichen Liu
3615 Olive St., Unit 703
Saint Louis, MO 63108

Yili Chen
3615 Olive St., Unit 303
Saint Louis, MO 63108

Yingda Dong
3615 Olive St., Unit 302
Saint Louis, MO 63108

Yu Feng
3615 Olive St., Unit 902
Saint Louis, MO 63108

Yu Yang
3615 Olive St., Unit 407
Saint Louis, MO 63108

Zachary Frederick
3615 Olive St., Unit 307
Saint Louis, MO 63108