**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Proceeding |
| | ) | Honorable Kathy A. Surratt-States |
| | ) | |
| OWEN CONTINENTAL L.P., | ) | Case No.: 24-41619-659 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF THE OCCURRENCE OF CLOSING OF SALE TRANSACTION

**PLEASE TAKE NOTICE THAT:**

1. On September 23, 2024, the Court entered its *Order Approving the Sale of Assets under 11 U.S.C. §363* (the "**Sale Order**") [Docket No. 40].

2. On December 31, 2024, the Sale contemplated by the First Sale Order closed based on the terms of the sale contract described within the First Sale Order.

3. No funds were received by Owen Continental L.P in connection with the sale, as buyer's consideration for the sale was the assumption of obligations.

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
THOMAS H. RISKE #61838MO
NATHAN R. WALLACE #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com
nrw@carmodymacdonald.com

ATTORNEYS FOR DEBTOR